FILED

03/02/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0559

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0559

_____

SERGIO VALDEZ SALAS,

      Plaintiff and Appellant,

    v.                                 O R D E R

ARBY'S,

      Defendant and Appellee.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all parties of record, and to the Honorable Brett Linneweber, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 2 2022